

**FILED**
JUN 05 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF, ASSIGNOR,<br><br>v.<br><br>RAMON CERCAS,<br><br>    DEFENDANT,<br><br>AND<br><br>RAFAEL CERCAS,<br><br>    SURETY, ASSIGNEE,<br><br>MARGARITO N. CERCAS,<br>AKA MARIO N. BELTRAN,<br><br>    SURETY. | Case No.: 1:98-CR-05183 LJO<br><br>**ORDER GRANTING JOINT MOTION TO: APPROVE PLAINTIFF'S ASSIGNMENT OF JUDGMENT TO SURETY/ASSIGNEE; THE CLERK OF COURT'S DISBURSEMENT OF FUNDS; AND FOR OTHER RELIEF** |

Pending before the Court is plaintiff United States, and surety Rafael Cercas' (the Parties), joint motion to approve the United States' assignment of the judgment of forfeiture of bond entered on June 2, 1999 in the United States' favor and against sureties Rafael Cercas and Margarito N. Cercas (the Bond Forfeiture Judgment) and for other relief (the Motion). The Court, having reviewed the court files and the Motion, and good cause appearing therefrom, GRANTS the Motion.

Accordingly, it is hereby ORDERED as follows:

A.   The Parties' settlement agreement is approved;

1

B. The United States' assignment of the Bond Forfeiture Judgment to Rafael Cercas, attached to the Motion as Exhibit "A," is approved;

C. The clerk of court shall disburse the $60,000 it presently holds in the case to the Crime Victims Fund within 30 days following the filing of this order;

D. The clerk of court shall re-convey deed of trust No. 98-0043213-00 to Rafael Cercas and deed of trust No. 98-0044527-00 to Margarito N. Cercas within 30 days following the filing of this order; and

E. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated: June 5, 2019

LAWRENCE J. O'NEILL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2